IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CV-162-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION |
| | ) | <u>FOR SUMMARY JUDGMENT</u> |
| v. | ) | |
| | ) | |
| $20,000.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, now moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. A memorandum of law in support of this motion is being filed contemporaneously herewith.

Respectfully submitted this 13th day of May, 2014.

                THOMAS G. WALKER
                United States Attorney


                By: /s/ Joshua B. Royster
                     JOSHUA B. ROYSTER
                Assistant United States Attorney
                Attorney for Plaintiff
                Civil Division
                310 New Bern Avenue
                Federal Building, Suite 800
                Raleigh, North Carolina 27601-1461
                Telephone: (919) 856-4530
                Fax: (919) 856-4821
                E-mail: joshua.royster@usdoj.gov
                N.C. State Bar No. 28785

CERTIFICATE OF SERVICE

I certify I have on this 13th day of May, 2014, served a copy of the foregoing United States' Motion for Summary Judgment upon the below-listed counsel for claimant via ECF electronic filing system or by placing a copy of the same in the U.S. Mails, addressed as follows:

    Gregory L. Perry
    Attorney at Law
    P.O. Box 759
    Roanoke Rapids, NC  27870

    THOMAS G. WALKER
    United States Attorney

BY:  /s/ Joshua B. Royster
      JOSHUA B. ROYSTER
Assistant United States Attorney
Attorney for Plaintiff
Civil Division
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC  27601-1461
Telephone:  (919) 856-4530
Facsimile:  (919) 856-4821
E-mail: joshua.royster@usdoj.gov
N.C. State Bar No. 28785