IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CV-162-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| $20,000.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

UPON CONSIDERATION of the motion to compel filed by the United States of America,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the motion to compel is GRANTED.

IT IS FURTHER ORDERED that Claimant shall, within ten (10) days of entry of this order, respond fully to the United States of America's special interrogatories, served pursuant to Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

IT IS FURTHER ORDERED that if claimant fails to completely respond to discovery as ordered, then on application by the

1

United States of America, his claim and answer shall be stricken and default judgment entered.

SO ORDERED.

This 20 day of May, 2014.

Terrence W. Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE