UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                            Plaintiff, )<br>                                  )<br>v.                                       )<br>                                       )<br>$20,000 IN US CURRENCY, )<br>                            Defendant. ) | **JUDGMENT**<br>**4:13-CV-162-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, and DECREED** that the Plaintiff's Motion for Summary Judgment [DE 18] is GRANTED. The Plaintiff's Motion for Entry of Default [DE 22] and Motion for Default Judgment [DE 23] are DENIED AS MOOT. The claim filed by the claimant is dismissed and the currency is forfeited. This matter is now closed.

**This Judgment was filed and entered on June 18, 2014, and copies were delivered to:**
Joshua Royster  (electronically via CM/ECF)
Gregory Lamarr Perry  (electronically via CM/ECF)


DATE                                                     JULIE A. RICHARDS, CLERK
June 18, 2014                                   /s/ Macy B. Fisher
                                                            (By) Macy B. Fisher, Deputy Clerk